JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELIZABETH JIMENEZ, | Case No. CV 08-08403-MLG |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | |
| Defendant. | |

IT IS ADJUDGED that judgment be entered in favor of Plaintiff and that the matter be remanded for an award of benefits.

DATED: August 21, 2009

_____
MARC L. GOLDMAN
United States Magistrate Judge